# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:07CV26-1-V
# 3:02CR161-1-V

| | |
|---|---|
| CONSUEGO SHINE, )<br>)<br>Petitioner, )<br>Vs. )<br>)<br>USA, )<br>)<br>Respondent. ) | **ORDER** |

**THIS MATTER** comes before the Court upon the Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, filed January 19, 2007.

After careful review of the motion and case file, the undersigned finds that the United States Attorney should file an Answer detailing Petitioner's allegations and responding to each.

**THEREFORE, IT IS HEREBY ORDERED** that no later than forty (40) days from the filing of this Order, the United States Attorney shall file an Answer to Petitioner's Motion to Vacate, Set Aside, or Correct Sentence, detailing Petitioner's allegations and responding to each.

Signed: January 24, 2007

Richard L. Voorhees
United States District Judge

Case 3:07-cv-00026-RLV    Document 3    Filed 01/24/2007    Page 2 of 2